No. 99–1768. DUMANIS ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 99–1775. FLANDREAU SANTEE SIOUX TRIBE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–1776. BRODSKY ET AL. v. UNION LOCAL 306, MOTION PICTURE PROJECTIONISTS, VIDEO TECHNICIANS AND ALLIED CRAFTS, I. A. T. S. E., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1780. PEEPLES v. WRIGHT INVESTMENT PROPERTIES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1784. MANCHAK v. SEVENSON ENVIRONMENTAL SERVICES, INC. C. A. Fed. Cir. Certiorari denied.

No. 99–1791. GRAHAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1809. DUPONT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–6907. EADS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8069. SMITH v. GOMEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–8172. PEREZ-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–8292. KAMMERSELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8314. MELVIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–8324. BARNES v. SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–8447. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.